## Commonwealth *v.* Phillips, Appellant.

Argued November 16, 1966. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

*Harry L. McNeal, Jr.,* for appellant.

*John T. Miller,* First Assistant District Attorney,
with him *John F. Rauhauser, Jr.,* District Attorney,
for Commonwealth, appellee.

OPINION PER CURIAM, March 14, 1967:

The order of the Superior Court is affirmed on the able opinion of Judge JACOBS, 208 Pa. Superior Ct. 121, 220 A. 2d 345 (1966).